No. D–1062. IN RE DISBARMENT OF TAVOLACCI. It is ordered that Peter P. Tavolacci, of Carmel, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1063. IN RE DISBARMENT OF WEISS. It is ordered that Paul A. Weiss, of Garden City, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1064. IN RE DISBARMENT OF SOLOMON. It is ordered that Norman F. Solomon, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 118, Orig. UNITED STATES v. ALASKA. Motion of Alabama et al. for leave to file a brief as *amici curiae* granted. Cross-motions for summary judgment set for oral argument in due course. [For earlier order herein, see, *e. g.*, 501 U. S. 1275.]

No. 90–1419. NATIONAL RAILROAD PASSENGER CORPORATION ET AL. v. BOSTON & MAINE CORP. ET AL.; and

No. 90–1769. INTERSTATE COMMERCE COMMISSION ET AL. v. BOSTON & MAINE CORP. ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 807.] Motion of the Solicitor General for divided argument denied. JUSTICE BLACKMUN would grant this motion.

No. 90–1802. NATIONWIDE MUTUAL INSURANCE CO. ET AL. v. DARDEN. C. A. 4th Cir. [Certiorari granted, *ante*, p. 905.] Motion of National Association of Independent Insurers for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–1832. PESTRAK v. OHIO ELECTIONS COMMISSION ET AL.; and

No. 91–9. OHIO ELECTIONS COMMISSION ET AL. v. PESTRAK. C. A. 6th Cir. Motion of the parties to further defer consideration of petitions for writs of certiorari granted.